MARION E. CROUCH and Another, Respondents, Appellants, v. THE STATE OF NEW YORK, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [131 Misc. 907.]

JAMES STEELE, Respondent, v. C. G. MEAKER COMPANY, INCORPORATED, and Another, Appellants.— Judgment and. order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SOPHIE C. BROSEMER, Appellant, v. ALICE MONGIN, Defendant. JOHN TIERNAN and Others, Appellants; and OSWEGO CITY SAVINGS BANK, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM DELONG, an Infant, by GILBERT T. DELONG, His Guardian ad Litem, Respondent, v. NATIONAL BISCUIT COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MODISTO PAMFILI and Another, Appellants, v. FRANK DESTITO and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BERTHA McCALE, Respondent, v. THE CITY OF ROME, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN MODZELEWSKI, an Infant, by LAURA MODZELEWSKI, His Guardian ad Litem, Appellant, v. MORRIS WALLACH, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

IGNACY MODZELEWSKI, Appellant, v. MORRIS WALLACH, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

EDWIN C. DINWIDDIE, Appellant, v. ROCHESTER NEWS CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHARLES R. DRAKE, Appellant, v. LINE-A-TIME MFG. CO., INC., Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the witnesses to be examined are without the State of New York (Civ. Prac. Act, § 288), the testimony sought is material, and it cannot be held to be unnecessary simply because plaintiff may have knowledge as to the facts sought to be proved. (*Pierce* v. *Morris*, 192 App. Div. 502; *McGrath* v. *Blumenthal*, 220 id. 781.) In the interest of convenience plaintiff should give defendant reasonable written notice of time and place of hearing to be had pursuant to the order of this court and the original notice of examination (Civ. Prac. Act, §§ 290, 291);* and the plaintiff having elected to proceed under an open commission, he should, and he is hereby directed to pay defendant fifty dollars to meet the expenses of its representative at the hearing. (Civ. Prac. Act, § 294.) All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ALBERT B. SPONABLE, as Administrator, etc., of EMMETT T. SPONABLE,

---

* Amd. by Laws of 1923, chap. 205.— [REP.